JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERION LAMARR COLLINS, | Case No. 2:23-cv-03181-PA-JC |
| Petitioner, | |
| v. | |
| L.A. COUNTY SUPERIOR COURT, | JUDGMENT |
| Respondent. | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed in this action and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: May 31, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE